**Order entered November 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01238-CV

---

**CITY OF DALLAS, Appellant**

**V.**

**ELSABET DURESSA, INDIVIDUALLY AND AS NEXT FRIEND OF G.Y., A MINOR, CARLOS MARCIAS-COLLAZO AND MARIA L. VILLANUEVA GONZALEZ, Appellees**

---

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01020-A**

---

## ORDER

Appellant appeals the trial court's order denying its plea to the jurisdiction. The interlocutory appeal of this order automatically stays proceedings in the trial court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b) (West Supp. 2017). Before the Court is appellant's November 15, 2017 unopposed motion to lift the automatic stay to allow appellant and appellee Elsabet Duressa, Individually and as next friend of G.Y., a minor, to finalize their settlement in the trial court. We **GRANT** the motion and **LIFT** the stay for the limited purpose of allowing the trial court to dismiss the settled claims. In all other respects, the stay remains in effect.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE